UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

KEISAND SANTIAGO-MALDONADO,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

CAUSE NO. 3:26cv1243 DRL
3:25cr54 DRL

OPINION AND ORDER

On August 17, 2026, Keisand Santiago-Maldonado filed a *pro se* petition to vacate or correct his sentence under 28 U.S.C. § 2255. The court ORDERS the government to respond to the petition by October 14, 2026, and Mr. Reyes to file any reply brief by November 12, 2026 pursuant to Criminal Local Rule 47-2.

SO ORDERED.

September 4, 2026

*s/ Damon R. Leichty*
Judge, United States District Court